IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                           MEMORANDUM

                Plaintiff,

                                                                                           10-cr-47-bbc

     v.

THOMAS A. SENGE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant pleaded guilty on April 2, 2010 to one count of armed bank robbery and one count of use of a firearm during commission of a crime of violence and was sentenced on June 17, 2010, to a term of imprisonment of 264 months. On June 24, 2010, counsel for defendant, Jack Hoag, filed a notice of appeal. While the docket reflected that Hoag was privately retained by defendant, defendant's notice of appeal indicated that Hoag was appointed under the Criminal Justice Act as defendant's counsel. The clerk's office has confirmed that Jack Hoag was appointed to represent defendant and the docket has been corrected. Therefore, by this memorandum, I am notifying the court of appeals that

defendant is entitled to proceed on appeal in forma pauperis.

Entered this 30th day of June, 2010.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge