IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS SENGE,<br><br>　　　　Defendant. | Case No. 10-CR-47-BBC-01 |

---

### ORDER

---

Upon review of Plaintiff's Motion to Turn Over Title of Boat pursuant to 18 U.S.C. § 3664(k), the motion is hereby granted.

**IT IS ORDERED THAT:**

Upon payment by Carl McAdory of $1,400.00 by money order or cashier's check and sent to the United States District Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53701, the United States shall turn over title of the 2000 Bayliner boat to Carl McAdory. It is also ordered that the $1,400.00 payment be applied toward the defendant's restitution debt.

Entered this 23d day of August, 2010.

BY THE COURT:

*Barbara B Crabb*
BARBARA C. CRABB
United States District Judge