IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS SENGE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 10-CR-47-BBC-01<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon review of Plaintiff's Motion to Turn Over Cash pursuant to 18 U.S.C. § 3664(k), the motion is hereby granted.

**IT IS ORDERED THAT:**

The Union Center Police Department, Union Center, Wisconsin, shall turn over the $2,000.00 cash held in evidence to the United States District Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53701.  It is also ordered that the $2,000.00 payment be applied toward the defendant's restitution debt.

Entered this  7th  day of  September , 2010.

BY THE COURT:

BARBARA C. CRABB
United States District Judge